# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW. | No. 320 WAL 2018 <br><br> Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC. | |
| v. | |
| PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA | |
| v. | |
| THOMAS P. STRAW | |
| PETITION OF: PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE | |
| JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND | No. 321 WAL 2018 <br><br> Petition for Allowance of Appeal from the Order of the Superior Court |

NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW

          v.

KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC.

          v.

PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA

          v.

THOMAS P. STRAW

PETITION OF: PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.